1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
11  PHILIP G. GARCIA,                    )  NO. CV 08-06549 MMM (SS)
                                         )
12                  Petitioner,          )
                                         )  **ORDER ADOPTING FINDINGS,**
13             v.                        )
                                         )  **CONCLUSIONS AND RECOMMENDATIONS**
14  DERRAL G. ADAMS, Warden,             )
                                         )  **OF UNITED STATES MAGISTRATE JUDGE**
15                                       )
                    Respondent.          )
16  _____ )
17
18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
19  all of the records and files herein, and the Magistrate Judge's Report
20  and Recommendation.  The time for filing Objections to the Report and
21  Recommendation  has  passed  and  no  Objections  have  been  received.
22  Accordingly, the Court accepts and adopts the findings, conclusions and
23  recommendations of the Magistrate Judge.
24  \\
25  \\
26  \\
27  \\
28  \\

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

DATED: March 13, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2