**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PHILIP G. GARCIA, | ) | NO. CV 08-06549 MMM (SS) |
|         Petitioner, | ) | |
|     v. | ) | **JUDGMENT** |
| DERRAL G. ADAMS, Warden, | ) | |
|         Respondent. | ) | |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 13, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE